IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| WALTER BILBRO, | ) | Civil Action No: 2:17-cv-971-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **STIPULATION OF** |
| MASSACHUSETTS MUTUAL LIFE | ) | **DISMISSAL WITH PREJUDICE** |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Walter Bilbro and Defendant Massachusetts Mutual Life Insurance Company, by and through their undersigned counsel, stipulate to the dismissal of this action **WITH PREJUDICE**.

WE SO STIPULATE:

LAW OFFICES OF
DONALD H. HOWE, LLC

By: s/ DONALD H. HOWE
    Donald H. Howe
    Federal Bar No. 997
    E-Mail: donaldhowelaw@gmail.com
    Post Office Box 31324
    Charleston, SC  29417
    (843) 225-2523

*Counsel for Plaintiff Walter Bilbro*

WE SO STIPULATE:

NELSON MULLINS RILEY &
SCARBOROUGH LLP

By: s/ M. KATHLEEN McTIGHE MELLEN
    Charles R. Norris
    Federal Bar No. 2549
    E-Mail: charles.norris@nelsonmullins.com
    M. Kathleen McTighe Mellen
    Federal Bar No. 11652
    E-Mail: katie.mellen@nelsonmullins.com
    151 Meeting Street / Sixth Floor
    Post Office Box 1806 (29402-1806)
    Charleston, SC  29401-2239
    (843) 853-5200

*Counsel for Defendant Massachusetts Mutual Life Insurance Company*

Dated: August 25, 2017